UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN STANLEY,

    Plaintiff,

v.

CITY OF KALAMAZOO, et al.,

    Defendants.
_____/

Case No. 1:24-cv-145

HON. JANE M. BECKERING

**ORDER**

    This is a civil action. Defendant Bronson Physician John Doe (identified in the Motion as Julian Garcia, M.D.) filed a Motion to Dismiss (ECF No. 75). The Kalamazoo Department of Public Safety Defendants also filed a Motion to Dismiss (ECF No. 77). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 79) on July 16, 2025, recommending that this Court grant Defendant Bronson Physician John Doe's motion as to the federal claims and decline to exercise supplemental jurisdiction over the state law claims. In addition, the Magistrate Judge recommended that this Court grant the Kalamazoo Department of Public Safety Defendants' motion and terminate this case. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 79) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Bronson Physician John Doe's Motion to Dismiss (ECF No. 75) is GRANTED as to the federal claims.  The Court declines to exercise supplemental jurisdiction over the state-law claims, which are DISMISSED without prejudice.

**IT IS FURTHER ORDERED** that the Kalamazoo Department of Public Safety Defendants' Motion to Dismiss (ECF No. 77) is GRANTED.  Plaintiff's claims against Defendants KDPS Officer John Doe 3 and KDPS Officer John Doe 4 are DISMISSED without prejudice for failure to timely effect service.

A Judgment will be entered consistent with this Order.


Dated: August 11, 2025                                        /s/ Jane M. Beckering
                                                                                       JANE M. BECKERING
                                                                                       United States District Judge